**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   Nader Jesus Acevedo | Chapter: 13 |
| | Case No: 13−16045 |
| Debtor | Judge Joan N. Feeney |

## NOTICE OF REPEAT FILER

**NOTICE IS HEREBY GIVEN THAT** it appears from the records of the court that the debtor(s) had a previous pending or open bankruptcy case. Please note that 11 U.S.C. Section 362(c)(3) and/or (4) as well as Local Rule 4001−1(d)(2) may be applicable.

**If any prior case was open within the last twelve (12) months,** your rights may be affected and without prompt action, you may lose your rights. You may wish to discuss this notice with your attorney or, if you do not have an attorney, you may contact the Court's Pro Se Law Clerk at 617−748−5361, 508−770−8925 or 413−785−6892.

Note: The Pro Se Law Clerk is employed by the United States Bankruptcy Court and is only permitted to answer questions of a procedural nature. <u>He is not permitted to provide you with legal advice.</u> Should you need legal representation, referrals may be made to an appropriate service such as a legal services provider or to a bar association legal referral service. Please contact the Pro Se Law Clerk for a referral.

Date:10/17/13                                                                                   By the Court,

                                                                                                James M. Lynch
                                                                                                Clerk, U.S. Bankruptcy Court

7