UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:     NADER J. ACEVDO                    Chapter 13
                  Debtor                      Case No: 13-16045

**DEBTOR'S MOTION FOR CONTINUATION OF THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(c)(3)**

Now comes the Debtor by and through his counsel, and moves this Court for an Order continuing the automatic stay as to all creditors of the estate in the above captioned case past the initial thirty (30) day period after the filing of the Debtor's Petition pursuant to 11 USC Section 362(c)(3)(B). In support of this motion, the Debtor states the following:

1. Debtor filed his present Chapter 13 petition on October 16, 2013, Case No: 13-16045. The Debtor filed his original Chapter 13 proceeding on January 10, 2013, Case No: 13-10123, which case was dismissed on September 12, 2013.

2. Pursuant to 11 U.S.C. Section 363(c)(3)(A), the automatic stay terminates on the 30th day after the filing of a bankruptcy case by a debtor if that debtor had a case under chapter 7, 11, or 13 pending within the preceding one year period which was dismissed;

3. The Debtor has had one prior chapter 13 filing pending and dismissed within the one year period immediately prior to the filing of the current case; and therefore, the automatic stay of execution will expire thirty (30) days after the filing of the current case unless extended by the court. Accordingly, the automatic stay shall expire on November 15, 2013;

4. Section 362(c)(3)(B) provides that upon a motion of a party in interest for continuation of the automatic stay, the court may extend the stay as to any or all creditors if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed;

5. The Debtor respectfully suggests the filing of the instant case was filed in good faith as hereinafter described. Since the previous petition was filed, the Debtor now has the wherewithal to pay the mortgage holder for the Westerly Street property as to there are new tenants now faithfully paying the rent.

6. The Debtor believes that he acted in good faith and understands the requirements set forth for Chapter 13 Debtor. In addition he believes that he now has the ability to repay his financial obligations through a feasible Chapter 13 Plan;

    7.    The Debtor requests that the automatic stay be extended through such date as the Court may set for hearing on the instant motion. If no hearing is set, the Debtor requests that the automatic stay continue until terminated by operation of 11 U.S.C. Section 362(C)(1) or (2) or by Order of the Court;

Wherefore, the Debtor respectfully moves the Court for an order continuing the Automatic Stay as to all creditors of the estate in the above captioned case past the initial thirty (30) day period from the date of filing of the Debtor's petition pursuant to 11 USC Section 362(c)(3)(B).

    Respectfully submitted,
    Nader J. Acevedo
    By his Counsel,

    /s/Gregory M. Sullivan, Esquire
    Gregory M. Sullivan, Esquire
    Law Office of Gregory M. Sullivan
    126 Essex Street
    Malden, MA 02148
    781-322-0090
    BBO# 485970

Date:  10-28-13

<u>CERTIFICATE OF SERVICE</u>

I certify that on this day I caused a copy of the foregoing to
be served upon the Chapter 13 Trustee ECF/CM Mailing to:

    Carolyn Bankowski, Chapter 13 Trustee
              PO Box 8250
           Boston, MA 02114

Bank of America
400 East Main Street
Stockton, CA 95290

Bank of America FIA Card Services
c/o Cavalry Portfolio Services LLC
500 Summit Lake Drive, Suite 400
Valhall, NY 10595

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Deettocard
PO Box 3997
St. Joseph, MO 64503

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054

East Boston Savings Bank
c/o Perry, Krumsiek & Jack, LLP
101 Arch Street 19th Flr.
Boston, MA 02110

Date:   10-28-13               /s/Gregory M. Sullivan, Esquire
                               Gregory M. Sullivan, Esq.