UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) Chapter 13 |
| NADER JESUS ACEVEDO | ) Case No. 13-16045 |
| | ) |
| Debtors | ) |

# OPPOSITION OF EAST BOSTON SAVINGS BANK TO MOTION TO EXTEND AUTOMATIC STAY

NOW comes East Boston Savings Bank ("EBSB"), a secured creditor, and respectfully opposes the Debtor's Motion to Extend the Automatic Stay on the following grounds:

1. The Debtor filed his initial Chapter 13 Voluntary Petition on January 10, 2013, Docket No. 2013-10123.

2. On January 28, 2013, the Debtor filed his Chapter 13 Plan.

3. In his plan, the Debtor proposed to make monthly payments of $1,115.00 for 60 months on his pre-petition arrearage, the majority of which consists of debt owed to EBSB, a secured creditor holding a mortgage on property located at 2 Westerly Street, Jamaica Plain, MA.

4. After an objection was filed by Chase Bank, another secured creditor, the Debtor filed an Amended Plan on April 5, 2013. The Amended Plan called for monthly payments of $1,315.00 for sixty months.

5. On May 8, 2013, the Court allowed the Debtor's Motion to Approve First Amended Pre-Confirmation Plan.

6. The Debtor made no payments to East Boston Savings Bank pursuant to the terms of the Plan.

7. Further, since the date of filing his Chapter 13 Voluntary Petition, the Debtor made no payments to EBSB.

8. In fact, the last payment made by the Debtor to East Boston Savings Bank was in August 2011, more than two years ago.

9. On July 22, 2013, EBSB moved for an Order Dismissing the Debtor's Chapter 13 case.

10. On September 12, 2013, prior to the hearing on EBSB's Motion, the Debtor consented to dismissal and an Order of Dismissal was entered on that date.

11. On October 26, 2013, the Debtor filed his petition in the instant action.

12. In his new plan, the Debtor again proposes to make 60 monthly payments of $1,315.00 per month to the trustee.

13. In his Motion, the Debtor asserts that he believes the case was filed in good faith because he now has the wherewithal to pay the mortgage holder because he has tenants faithfully paying the rents. He provides no proof regarding these tenants or their tenancy.

14. In fact, since the dismissal on September 12, 2013, <u>the Debtor still has made no payments to EBSB.</u>

15. Pursuant to 11 U.S.C. 362(c)(3)(b), the Debtor must demonstrate that his new petition was filed in good faith.

16. However, under 11 U.S.C. 362(c)(3)(c), a case is presumptively <u>not</u> filed in good faith if the Debtor failed to provide adequate protection as ordered by the Court and failed to perform the terms of a plan confirmed by the court. That is exactly what happened here.

17. The Debtor has not overcome the presumption of lack of good faith. Indeed, his continued failure to make any payments to EBSB only confirms that this repeat Chapter 13 filing was initiated in bad faith.

18. As a result, the Court should deny the Debtor's motion to continue the automatic stay.

WHEREFORE, EBSB requests that this Honorable Court deny the Debtor's Motion for Continuance of the Automatic Stay.

        Respectfully submitted,

        <u>/s/ Patrick J. Dolan</u>
        Patrick J. Dolan, BBO#564250
        pdolan@pkdpllp.com
        Perry, Krumsiek, & Dolan, LLP
        210 Union Wharf
        Boston, MA  02109
        Tel. (617) 720-4300
        Fax. (617) 720-4310

DATED:     November 13, 2013

**Certificate of Service**

    The undersigned hereby certifies that a copy of East Boston Savings Bank Motion to Dismiss was served via first class mail, postage prepaid on the following at the addresses set forth below or by electronic notice.

                                                       /s/ Patrick J. Dolan

Dated November 13, 2013

| | |
|---|---|
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | Gregory M. Sullivan<br>126 Essex Street<br>Malden, MA 02148<br>gsullivanlaw@aol.com |
| Carolyn Bankowski<br>P.O. Box 8250<br>Boston, MA 02114 | Richard T. Mullligan<br>Harmon Law Offices, P.C.<br>P.O. Box 610345<br>Newton Highlands, MA 02461 |