UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In Re:  NADER J. ACEVEDO           Chapter 13
                                   Debtor Case No:   13-16045

## MOTION TO VOLUNTARILY DISMISS

Now comes the Debtor pursuant to 11 U.S.C. 1307(b) who respectfully represents:

1.    This case was commenced by the filing of a Chapter 13 petition on October 16, 2013;

2.    This case has not been converted under Sections 706, 1112 or 1208;

3.    The Debtor elects to dismiss this Chapter 13 case.

Wherefore, the Debtor respectfully requests that the present case be dismissed forthwith.

DATED: 12-04-13                    /s/Gregory M. Sullivan
                                   Gregory M. Sullivan,Esq.
                                   126 Essex Street
                                   Malden, MA 02148
                                   (781)322-0090
                                   BBO#485970

<u>CERTIFICATE OF SERVICE</u>

I certify that on this day I caused a copy of the foregoing to
be served upon the Chapter 13 Trustee ECF/CM Mailing

Carolyn Bankowski, Chapter 13 Trustee
PO Box 8250
Boston, MA 02114


Bank of America
400 East Main Street
Stockton, CA 95290

Bank of America FIA Card Services
c/o Calvary Portfolio Services LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

Deeto Card
PO Box 3997
St. Joseph, MO 43054-3025

Discover Bank
DB Servicing Corp.
PO Box 3025
New Albany, OH 43054

East Boston Savings Bank
c/o Perry, Krumsiek & Jack LLP
101 Arch Street, 19th Fl.
Boston, MA 02110



Date:  12-04-13                    /s/Gregory M. Sullivan
                                   Gregory M. Sullivan